Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

**RECEIVED**

**SEP 27 2022**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

for the

_Northern_ District of _California_

_Oakland_ Division

Case No. _5:22-cv-05624-NC_

_(to be filled in by the Clerk's Office)_

_Norvell Anderson_

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

_United States of America_

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                          Norvell Andrew

All other names by which
you have been known:

ID Number                     13503-042

Current Institution           FCC Coleman 1

Address

                              Coleman              FL          33521
                              *City*               *State*     *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                      Andrew Ciolli
    Job or Title *(if known)* Warden
    Shield Number
    Employer                  Federal Bureau of Prisons
    Address
                              Washington          DC          20251
                              *City*              *State*     *Zip Code*
    ☑ Individual capacity    ☐ Official capacity

Defendant No. 2
    Name                      Unknown Barnette
    Job or Title *(if known)* Associate Warden
    Shield Number             Unknown
    Employer
    Address                   Federal Bureau of Prisons
                              *City*              *State*     *Zip Code*
    ☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name             L.T. Unknown SCOTT
    Job or Title *(if known)*    LIEUTENANT / Acting CAPTAIN
    Shield Number         Unknown
    Employer            ~~Institutional~~
    Address             FEDERAL BUREAU OF PRISONS

|  |  |  |
|---|---|---|
| City | State | Zip Code |

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name             L.T. Unknown ZARAGOZA
    Job or Title *(if known)*    LIEUTENANT / Special Investigation Service
    Shield Number         Unknown
    Employer
    Address             FEDERAL BUREAU OF PRISONS

|  |  |  |
|---|---|---|
| City | State | Zip Code |

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose. 3- 5-20
2020
3-16 THE EVENTS HAPPENED IN THE UNITS 2 B 3-12-
20
6 A, 6 B 19 And THE SHU & SHU OVERFLOW 1 B.
~~On or about February 20, 2020~~, I (Arletter)
Arrived in USP Atwater.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

MARCH 5, 2020          MARCH 21, 2020     11 A.M.
MARCH 12, 2020
MARCH Through          APRIL 21, 2020     8 P.M.
MARCH 19, 2020 → 9:30 AM

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ON OR ABOUT FEBRUARY 20, 2020, I ARRIVED IN USP ATWATER AND WAS IMMEDIATELY PLACED IN THE CELL WITH AN ACTIVE MEMBER OF THE VICELORD GANG WHO TOLD ME I COULD NOT LOCK IN HIS CELL I WENT SPOKE TO STAFF AND WAS PLACED IN A

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

STABBED IN THE FACE ALONG THE LOWER LEFT JAW LINE. ORBITAL FRACTURE LEFT EYE MY EYE IS NOW OFF CENTER 3 CAUSES ME SEVERE HEADACHES WHEN I TRY TO MAKE EYE CONTACT. AND IT IS ALWAYS JUMPING. BROKEN LEFT HAND. I'VE HAD OUTSIDE CONSULTATIONS SCHEDULED BUT HAVE NOT GONE TO ANY

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.) I WANT THE INCIDENT REPORT REMOVED FROM MY RECORD & EXPUNGED I WAS DEFENDING MYSELF. I WANT SELF-DEFENSE PLACED ON DISCIPLINARY AS A DEFENSE.
   2.) I WANT MONEY DAMAGES IN THE AMOUNT OF $100,000 DECLATORY AND $5,000,000 PUNITIVE.
I ASK FOR $100,000 BECAUSE THIS COULD HAVE BEEN AVOIDED AND I COULD HAVE BEEN PLACED IN A SINGLE CELL OR WITH ANOTHER TRANSGENDER. THERE WAS ONE IN THE PRISON AT THE TIME SINGLE CELLED. JAMES MITCHELL 007
5,000,000 IN THE 2 YEARS SINCE THIS INCIDENT I HAVE BEEN ALLOWED TO SUFFER WITH NO PAIN MEDICATION & NOT SEEN ANY SPECIALIST ABOUT ANY OF MY PROBLEMS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

UNITED STATES PENITENTIARY ATWATER, CA.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

NEGLIGENCE, ASSAULT by INMATE 3 MEDICAL CARE REFUSAL, FAILURE TO PROTECT

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes          ATTACHMENTS  3 A,B,C,D

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

WESTERN REGIONAL OFFICE
7338 SHORELINE DR
STOCKTON, CA

WESTERN REGIONAL OFFICE

2.   What did you claim in your grievance?

I WAS ASSAULT dUE TO STAFFS NEGLIGENCE
ON REPEATED OCCASSIONS I HAVE been
REFUSED MEDICAL CARE EVERY SINCE

3.   What was the result, if any?

All CLAIMS WERE dENIED
SEE ATTACHMENTS 3 A,B,C,D.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  (Describe all efforts to appeal to the highest level of the grievance process.)

I TOOK NO STEPS TO APPEAL THE
dECISION. THE GRIEVANCE PROCESS IS
COMPLETE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*N/A*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*SEE ATTACHMENT*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI 2006 I DO NOT HAVE A COPY OF THE ORDER*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐ Yes

    ☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit
        Plaintiff(s) _____ N/A _____
        Defendant(s) _____

    2.  Court *(if federal court, name the district; if state court, name the county and State)*
        _____

    3.  Docket or index number
        _____

    4.  Name of Judge assigned to your case
        _____

    5.  Approximate date of filing lawsuit
        _____

    6.  Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

    7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s)   _____
       Defendant(s)  _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

       _____

3.    Docket or index number

       _____

4.    Name of Judge assigned to your case

       _____

5.    Approximate date of filing lawsuit

       _____

6.    Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition   _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

       _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *9- 17- 22*

Signature of Plaintiff  *Norvell Andrews*
Printed Name of Plaintiff  *NORVELL ANDREW*
Prison Identification #  *13503-042*
Prison Address  *UBP COLEMAN 2  P.O. Box 1034*
                *COLEMAN                 FL    33521*
                         *City*         *State*    *Zip Code*

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
         _____
             *City*      *State*    *Zip Code*

Telephone Number  _____
E-mail Address  _____

"DEFENDANT(S)"

PAGE 1 OF 4

NO.5 No. 5

NAME         LT. UNKnown  Heldman
Job          LIEUTENANT
Shield No.   Unknown
Employer     FEDERAL BUREAU OF PRISONS

individual And OFFICIAL CAPACITY

No.6 No. 6

NAME   Unknown  SCHAFER  6A & 6B
Title   Unit manAGER
Shield No   Unknown
Employer   FEDERAL BUREAU OF PRISONS

individual And OFFICIAL CAPACITY

No. 7 No. 7

NAME   Unknown  LAZARITH
Title   Unit manAGER 2B
Shield No.   Unknown
Employer   7 BOP

CAPACITY   individual And OFFICAL

No. 8

NAME   Unknown  VANDENOVER
Title   staff SPECIAL INVESTIGATIONS TECHNICIAN)
Shield No   Unknown
Employer   F. B. O. P.

PAGE 2 OF 4

CAPACITY      INDIVIDUAL AND OFFICIAL
No. 9
    NAME      UNKNOWN CERVANTES
    TITLE     LIEUTENANT
Shield No.    UNKNOWN
Employer      F.B.O.P.

CAPACITY      INDIVIDUAL   OFFICIAL
No. 10
    NAME      UNKNOWN LYONS
    TITLE     COUNSELOR  2B
Shield No.    UNKNOWN
Employer      FBOP

CAPACITY      INDIVIDUAL   OFFICIAL
NO 11
    NAME      UNKNOWN HASLETT
    TITLE     COUNSELOR   6 B
Shield No.    UNKNOWN
Employer      F.B.O.P.

CAPACITY      INDIVIDUAL   OFFICIAL
No 12
    NAME      UNKNOWN BEARDREAD
    TITLE     COUNSELOR  6 A
Shield No.    UNKNOWN

PAGE 3 OF 4

Employer      F BOP

CAPACITY      individual      OFFICIAL
   no 13
   NAME      Unknown    CARillo
   TiTLE      CASE MANAGER   2B UNIT
   Shield No      Unknown
   Employer      FBOP

CAPACITY      Individual      OFFICIAL
   No 14
   NAME      Unknown   Bollinger
   TiTLE      CASE MANAGER   6A Unit
   Shield No      Unknown
   Employer      F BOP

CAPACITY   Individual      OFFICIAL
      no. 15      G. SIMPSON
   TiTLE      UNKNO CORRECTIONAL OFFICER
   shield No      Unknown
   Employer      F. BOP

CAPACITY   Individual      OFFICIAL
   No 16.   Unknown   CEJA
   Title      CORRECTIONAL OFFICER
   Shield No      Unknown

PAGE 4 OF 4

EMPLOYER   F-BOP

CAPACITY   INDIVIDUAL   OFFICIAL
NO.17      UNKNOWN   LOPEZ
TITLE      CORRECTIONAL   OFFICER
Shield NO  UNKNOWN
EMPLOYER   FBOP

CAPACITY   INDIVIDUAL   OFFICIAL
NO.18      UNKNOWN   BARNES
TITLE      CORRECTIONAL   OFFICER
Shield NO  UNKNOWN
EMPLOYER   F.B.O.P.

CAPACITY   INDIVIDUAL   OFFICIAL
NO.19      UNKNOWN   MCCULLUM
TITLE      CORRECTIONAL   OFFICER
Shield NO  UNKNOWN
EMPLOYER   F. BOP.

CAPACITY   INDIVIDUAL   OFFICIAL

FACTS OF THE UNDERLYING CLAIM

single cell by the C.O. who was in the unit. The next day I spoke wit Counselor Lyon and told him what happened & Counselor Lyons told me not to worry and I would stay alone until he found me a suitable celly. On March 5, 2020, Counselor Lyons came to my assigned cell and told me to pack up I was moving into cell 224 with inmate Brooks. I informed Counselor Lyons that I had already spoken to Brooks and he told me we would have problems if I moved in his cell. Counselor Lyons told me to pack up I was going to that cell (224) & if either of us refused we were going to the SHU. I told Counselor Lyons I was refusing & he called take me to the SHU I don't want to risk my life about a prison cell. The next week

1 OF 14

I WAS RELEASED FROM SHU 3-12-2020 ¿
PLACED IN THE CELL WITH BROOKS
AGAIN. COINCIDENTALLY ANOTHER INMATE HAD
JUST BEEN RELEASED FROM SHU PRIOR TO
ME AND PLACED IN THE CELL WITH
BROOKS AS WELL. SO COUNSELOR LYONS
SENT ME TO UNIT 6B IN A SINGLE CELL.
I STAYED IN THAT CELL MAYBE 3 DAYS.
I WAS ASSIGNED TO CELL 602 WHICH
WAS SUPPOSED TO BE A SINGLE CELL
BUT WAS OCCUPIED. THE C.O. PUT
ME IN CELL 109. ABOUT THREE (3) DAYS
LATER COUNSELOR HASLETT CALLED ME TO
THE BACK TO HIS (HASLETT) OFFICE AND
TOLD ME THAT HE THINKS I AM
TRYING TO MANIPULATE THE SYSTEM BY
SAYING I'M A TRANSGENDER SO I CAN
BE IN A SINGLE CELL. AND UNIT MANAGER
SCHAFFOR TOLD HIM (HASLETT) TO FIND
ME (ANDREWS) A CELLY. COUNSELOR HASLETT
THEN FORCED ME IN THE CELL WITH
INMATE JAMES LADSON ON 3-16-2020, I
IMMEDIATELY WENT TO THE OFFICER IN THE
OFFICE AND ADVISED THEM THAT I NEED
AN ESCORT TO THE CELL TO LET THIS

2 OF 14

Individual Madox THAT i'm GAY & SEE# IF HE (Ladson) was Alright with living with A homosexual. The Unknown OFFICER Told ME (Andrew) To go Find out FOR myself. I went TO The cell & spoke with Ladson, initially Ladson was Alright with being my cellmate. Then AFTER About A hour Ladson changed his mind & Told ME (Andrew) we can't live Together due To his (Ladson) Religious Beliefs. Inmate Ladson & I Then went TO The Unknown OFFICER & explained The problem & The Unknown OFFICER Told US (Ladson's Andrew) To go TALK TO THE LT. AT last meal. We did And THE unknown LIEUTENANT called & Told THE C.C. To move me (Andrew) IF THERE was A Single OR empty cell. There were alone (single or empty) cells). The LIEUTENANT ASKED CAN we live TOGETHER until Tommorrow. I (Andrew) told THE LIEUTENANT THAT i'm not THE problem I will live with Anyone. People (inmates) don't want To live with me because i'm Gay (Andrew) Inmate Ladson gave THE LIEUTENANT his

3 OF 14

word THAT he (LADSON) wouldn't ATTACK me (ANDREW) before Tomorrow. We (ANDREW & LADSON) WERES sent BACK TO THE UNIT UA.

03-17-20 → THE NEXT morNING I (ANDREW) SPOKE with CoUNSELOR BEAUDREAU ANd ExplAINED my dilemmA. CoUNSELOR BEAUDREAU Told me (ANDREW) THAT he could Not move US (ANDREW & LADSON) bECAUSE UNITMANAGER SCHAFFER TOLD him (BEAUDREAU) Not To bECAUSE he (SCHAFFER) FEELS like I (ANDREW) WAS lying About (my) (ANDREW) SEXUALITY & WAS JUST TRYING TO get A SINGLE cell. I (ANDREW) THEN dirEcTED BEAUDREAU TO look iN AT my INCIDENT REPORTS & go bACK TO APRIL 20, 2016, BEAUDREAU did & SAW THAT I RECEIVED AN INCIDENT REPORT FOR ENGAGING iN SEXUAL ACTS woith iNMATE Alfredo Cuellar 0666 oN 04-20,2016. BEAUDREAU THEN cAlled UNITMANAGER SCHAFFER & Advised him (SCHAFFER) OF his (BEAUDREAU) FiNdiNg. SCHAFFER TOLD BEAUDREAU Not To sEPERATE US (ANDREW & LADSON) Still. AT Which I (ANDREW) SPOKE woith ACTING CAPTAIN LT. SCOTT, & ExplAINED my SITUATION he (SCOTT) REFERRED me To my UNIT TEAM. I THEN weENT TO

4 OF 14

ASSOCIATE WARDEN BENNETTE, WHO PROMPTLY
ASKED ME (ANDREW) DID I FOLLOW THE
CHAIN OF COMMAND. I ADVISED A.W.
BENNETTE THAT I HAD SPOKEN WITH
EVERYONE EXCEPT UNIT MANAGER SCHAFFER.
I ADVISED A.W. BENNETTE THIS DEALT
WITH A SITUATION THAT MAY INVOLVE
bodily HARM TO myself OR ANOTHER PERSON.
A.W. BENNETTE TOLD ME TO COME BACK TO
her WHEN IT HAPPENED. AT THIS TIME
lunch WAS OVER & I HAD TO LEAVE
THE dinning AREA. & WAS NOT ALLOWED
TO SPEAK WITH ANY OTHER EXECUTIVE
STAFF. I WAS FORCED TO spend A
SECOND (2ND) NIGHT IN THE CELL WITH
INMATE LADSON. THE FOLLOWING day
03-18-2020, I SPOKE WITH CASEMANAGER
BOLLINGER WHO TOLD ME (ANDREW) THAT
HE (BOLLINGER) DOES NOT DO CELL MOVES.
I (ANDREW) TOLD BOLLINGER THIS WASN'T
JUST A SITUATION OF SMOKE & MIRRORS &
THAT (LADSON) HAD PULLED A KNIFE
ON ME & TOLD ME (ANDREW) I HAD
22 HOURS TO LEAVE HIS CELL. BOLLINGER
TOLD ME (ANDREW) TO GET yall (ANDREW)
5 OF 14

One (1) (KNIFE). I (ANdrew) prompty
left Bollinger's office. At which I
(Andrew) (3-18-20) sought out Unit-Manag-
er Schaffer & spoke with him. Schaffer
told me (Andrew) he (Schaffer) wasn't
moving Anyone period & USP Atwater
doesn't have anyone in single cells
& I (Andrew) would be no different.
I (Andrew) Advised Schaffer THAT A
single cell was not my goal but
A cellmate who had no problem
with my sexuality. I further Advised
Unit manager Schaffer that there
was a Transgender on the compound
James mitchell 007 in unit 2-B
cell 214 who was single celled &
he Schaffer could house us together.
Schaffer told me that inmate mitchell
would Remain single celled. I (Andrew)
knew that my time was limited
to speak with executive staff,
So I (Andrew) Thanked Schaffer
for his (Schaffer's) time & left.
And went spoke with warden
Andrew Ciolli I (Andrew) explained
6 of 14

The entire situation to Ciolli, to include who I previously spoke too and that my celly (Ladson) had pulled a knife on me & told me I had Twenty-Two (22) hours to leave his (Ladson) cell. Before Warden Ciolli could respond Unitmanager Schaffer came over & started whispering in his (Ciolli) ear and once Schaffer was done whispering Ciolli promptly told me (Andrew) to come see him (Ciolli) tomorrow. I to (Andrew) told Ciolli that I (Andrew) may not be able to speak with him (Ciolli) Tomorrow. Schaffer then told me, I (Andrew) heard the warden & to go eat or back to the unit. I (Andrew) then left. The next morning 03-19-20 I (Andrew) had a call out for medical I (Andrew) went to medical as soon as I (Andrew) went back to the unit 6A I (Andrew) went to my assigned cell 221 I (Andrew) opened the cell door & stepped in & inmate Ladson stabbed me (Andrew) in FACE Then Ladson

PROCEEDED TO bEAT ME (ANdREW)
WITH A lock. THIS ATTACK cAused
ME (ANdREW) SEVERAl INJURIES THAT
I AM still dEAlING WITH TOdAy.
I RECEIVED AN ORbITAl FRACTURE
TO My lEFT EyE THAT cAuSE My
(ANdREW) EyE TO bE OFF CENTER
So THAT IF I MAKE EyE CONTACT
WITH SOMEONE WITH My RIGHT EyE My
lEFT EyE dOES NOT CONNECT WITH
THEIR lEFT EyE. THEN THE lEFT EyE
bEGINS TWITCHING TRyINg TO MAKE
CONTRACT WITH THE PERSONS lEFT EyE
OFTEN TIMES THIS CAUSES ME TO
HAVE HEAdACHES. My lEFT HANd WAS
bROKEN AS I TRIEd TO CATCH THE
lOCK TO STOP INMATE LAdSON FROM
HITTING ME WITH THE LOCK AgAIN. I.

2. ON 3-21-20, WHILE HOUSEd IN SHU. C.O.
CEPA & LOPEZ CAME TO My ASSIgNEd
UNKNOWN    cEll WITH INMATE UNKNOWN ClybORNE.
INMATE UNKNOWN ClyBORNE SAW ME
ANd IMMEdIATEly TOld STAFF THAT HE
(ClyBORNE) WAS ON GANg TIME & COUld

8 OF 14

not live with me (Andrews) because I'm a homosexual And his (Clybournes) GANG would kill him. Clybourne REFUSed to come in the cell with me (Baldwin). So I (Andrews) Refused to submit to hand Restraints. A few minutes later Officer C. Simpson came to my (Andrews) cell dook & ordered me (Andrew) to cuff up I (Andrew) again Refused. Around 10:30 A.m Lieutenant Unknown Cervantes, Ofc. Simpson, Ofc unknown Ceja, Ofc. unknown Lopez All came back to my assigned cell And told me (Andrews) to submit to hand Restraint again myself (Andrews) And Clybournte Advised Lieutenant Cervantes that we couldn't live in the same cell due to my sexuality & Clybournes gang Affiliation. Lieutenant Cervantes stated, "I don't give a fuck if ya'll die ya'll going in the cell together or one of ya'll going in Restraints And when you come out of Restraints ya'll still going in the cell Together." I (Andrews) knew
9 OF 14

LIEUTENANT CERVANTES WAS NOT LYING AS
THIS IS NORMAL PRACTICE IN USP ATWA-
TER. SO I (ANDREWS) SUBMITTED TO HAND
RESTRAINTS AT THIS TIME AROUND 12 NOON
INMATE CLYBOURNE WAS PLACED IN MY
(ANDREWS) ASSIGNED CELL & RELEASED FROM
RESTRAINTS BY THE C.O.. INMATE CLYBOURNE
IMMEDIATELY TURNED AROUND & PUNCHED ME
(ANDREWS) IN THE FACE I (ANDREWS) FELL TO
THE FLOOR & INMATE CLYBOURNE PROCEEDED
TO STOMP & KICK ME (ANDREWS) THE
C.O.'s. MASED US BUT CLYBOURNE CONTINUED
UNTIL HE FELT LIKE STOPPING.

3) ON APRIL 21, 2020, MY (ANDREWS) ASSIGNED
CELLMATE WAS IKE TAYLOR WHO IS
A MEMBER OF THE BLACK GUERILLA FAMILY
STREET GANG. WAS GIVEN AN ORDER BY
ONE (1) OF HIS (TAYLOR) FELLOW GANG
BROTHERS TO GET OUT OF THE CELL WITH
ME. INMATE TAYLOR & I WERE IN THE
SHOWER. TAYLOR SPOKE WITH OFFICER
BARNES & OFFICER McCLURE AND ADVISED
THEM THAT HE TAYLOR COULD NO LONGER
BE HOUSED WITH ME (ANDREWS) DUE TO
HIS (TAYLOR) DUE TO HIS GANG AFFILIATION &

10 OF 14

& my sexual preference. Inmate Taylor refused to submit to restraints to go back to our assigned cell. I was handcuffed & taken back to the cell. The C.O.S. called Lieutenant Unknown Heldman who promptly told inmate Taylor to submit to restraints to return to his assigned cell. Inmate Taylor refused. Lieutenant Unk. Heldman immediately exited the halsing unit & returned with the takedown team. Inmate Taylor submitted to restraints. Officer Unknown Gibson, Officer Unknown Barnes, & Lt. Unknown Heldman escorted inmate Taylor back to our assigned cell. I advised Lt. Heldman that I'm homosexual & Taylor is a gang member & I need a different cellmate. Lt. Heldman told me (Andrews) to cuff up I complied. Inmate Taylor was uncuffed first & inmate Taylor began punching me immediately while I was still restrained. Officer Gibson sprayed us with mace & immediately came in the cell & got inmate Taylor off

11 of 14

OF ME.

4.) MEDICAL NEGLIGENCE

ON 3-19-20 PETITIONER WAS STABBED IN
THE FACE BY INMATE JAMES LADSON &
BEATEN WITH A LOCK. PETITIONER WAS
TAKEN TO MEDICAL & SEEN BY DR. LEONARD
UNKNOWN & DR. RICHARD UNKNOWN, DRS. UNKNOWN
DIAGNOSED PLAINTIFF WITH STAB WOUNDS TO
THE FACE, SWELLING TO HIS LEFT HAND
& LEFT EYE. PETITIONER'S FACE WAS
SWABBED WITH PEROXIDE WHERE HE WAS
STABBED THE WOUND WAS PROBED WITH
SEVERAL Q-TIPS & EACH TIME CAME OUT A
VIBRANT BLUE. DR. UNKNOWN TOLD PETITIONER
YOU MUST BE A CRIP YOU'RE BLEEDING
BLUE. DR. UNKNOWN RELEASED PETITIONER
TO THE SHU OFFICERS. PETITIONER WAS
TAKEN TO SHU & NOTICES SOMETHIN BLUE
ON HIS HAND AFTER TOUCHING HIS FACE
& WENT LOOKED IN THE MIRROR. AND
SAW THAT THERE WAS SOMETHING HARD
& BLUE PROTRUDING FROM HIS JAW HIS
PETITIONER BEGAN SQUEEZING & PRODING
HIS WOUND & REALIZED THAT BLUE COLOR
PENCIL LEAD WAS LODGED IN MY FACE
12 OF 14

And immediately pressed the duress button to get the c.o. attention. An unknown officer escorted petitioner back to medical where I (Anderson) advised Dr. Unknown that there is color pencil lead under my skin. Dr. Unknown then probed the wound again with Q-Tips both the wood & cotton ends, each time there was blue all over the Q-Tip. Dr. unknown finally grew tired of this & sent petitioner back to SHU. with Petitioner asked Dr. unknown what are the possible ramifications of this lead being lodged beneath plaintiff's skin. Dr. unknown plaintiff," you should be fine most color pencils are Non-Toxic." Plaintiff asked, Dr unknown," Is it that easy to gamble with someone else's life." Dr. unknown advised plaintiff," you'll be fine." I was promptly escorted back to SHU.

Dr. unknown ordered plaintiff 2 Ibuprofen 800 mg. for pain or 3 days worth of pain meds. And An X-Ray. The x-ray revealed that plaintiff's left

13 OF 14

hand was FRACTURED. Dr. Unknown completely
ignored plaintiff's left eye. There was
NO Further tests ordered on my eye.
It was about Two (2) days later when
plaintiff began experiencing complications
from the off-set eye that Physician
Assistant Sphere's diagnosed an orbital
fracture. Plaintiff started having headaches
& realized that his (Andrews) left eye was
not connecting with people's left eyes
when he is making eye contact.
Physician Assistant Sphere's Told plaintiff
he (plaintiff) has an orbital fracture but
it's to expensive to reset plaintiff's eye.
Plaintiff continues to have headaches
and the eye has began to twitch
& jump as plaintiff is also suffering
nerve damage in his left eye. Due to
the eye trying to make contact with
other people's eye when they speak.

And $20,000,000 compensatory damages Plaintiff continues to suffer from his injuries that were received in these incidents. Plaintiff's eye remains off center. Plaintiff suffers nerve damage in his left eye, & headaches from the injury. Plaintiff also suffers low self-esteem due not being able to make contact. And would humbly ask this court to make B.O.P. officials fix his eye immediately. Plaintiff's left hand often locks up as if he is developing arthritis he experiences severe pain through his hand. Further B.O.P. officials have continue to show reckless disregard for Plaintiffs well being. Plaintiff is constantly sent to active prisons that he can not walk in due largely to his sexuality but also plaintiff co-operation with law enforcement. Since this attack in USP Atwater. Plaintiff has been housed in USP Big Sandy, USP Hazelton both of which are in the top 3 most violent prisons in

1 OF

in THE FEDERAL BUREAU OF PRISONS AND
PEOPLE ARE killed REGULARLY IN THESE
PRISONS FOR being homosexuals AND
Snitches, im both. USP HAZELTON IS
IN FACT THE prison where whitey
Bulger was just murdered in. I'M
alone in USP Coleman 1 in THE SHU
because I can't walk in THIS prison.
To FURTHER show THE EXTENT OF NEGLIGENCE
OF B.O.P. STAFF I SIGNED on P.C. JUNE 18
2022 in U.S.P. Coleman 1, It WAS immediately
VERIFIED by S.I.S. TECH MORALES, because
I just left USP Thompson R.U. program
with No incident report. By B.o.P. Policy
Plaintiff was NOT supposed To RETURN
To AN ACTIVE PRISON. Right now my
cellmate is not on PROTECTIVE Custody
EVEN Though I Am. My cellmate
Rendnell Lewis is in SHU because he
was caught with drugs. FURTHER prison
OFFICIALS have TRANS BEE me From USP
Coleman 1 SHU TO USP Coleman II SHU
Coleman II IS A PROTECTIVE Custody prison
And I CAN walk And live in THIS
prison without THREAT TO my LIFE
2 OF 3

And TRying to hide who I AM. YET I
(PLAINTIFF) hAS bEEN Told THAT B.O.P.
OFFICIALS iN SOuTh CENTRAL RegionAL OFFICE
hAVE denied PLAINTIFF'S TRANSFER &
PLAINTIFF hAS bEEN Told REPEATEDly THAT
PLAINTIFF hAS To REMAiN iN ShU FoR 6 MONTHS
PLAINTIFF IS elicible FoR FiRST STEP ACT
CREDIT yET IS beiNg deNied ACCESS To
PROGRAMS iN which hE CAN GAIN FSA
CREDIT. PETITIONER ASKS To bE CREDITED
10 dAyS PER MONTH To hiS SENTENCE
FoR EVERY MENTH iN which hE hAS
bEEN FoRCED To bE iN ShU dUE TO
B.O.Ds. NEgLiGENCE. USP Pollock 9-11-19 - 1-20-20 5 MONTHS
iN ShU, USP ATWATER 8 MONTHS, USP 3-19-20, 11-16-20
USP VICTORVILLE 12-4-20, - 3-20-21, USP BIG SANDy
3-20-21 - 7-1-21 USP HAZELTON 7-1-21-10-22-
21. 25 MONTH I ASK FoR 300 dAyS
FSA CREDIT To bE APPLiEd To MY
SENTENCE. I ASK To bE SENT To
STATE PLACEMENT ANd To BE SENT
To ThE RHU PROGRAM iN USP COLEMAN
2 To WAIT FoR ThiS PLACEMENT.
B.O.P. STAFF hAS CONSTANTLY ShOWN A
LACK OF iNTEREST iN PLAINTIFFS LifE
3 OF 3



**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

**VIA CERTIFIED MAIL**

**DEC 0 8 2021**

Norvel Andrew
Register Number 13503-042
United States Penitentiary
PO Box 1002
Thomson, IL 61285

Re:     Administrative Claim No. TRT-WXR-2021-07012

Dear Mr. Andrew,

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $170,000.00 in compensation for alleged personal injury as a result of events on March 21, 2020.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

Dominic Ayotte
Deputy Regional Counsel/CLC Supervisor

cc:     Warden
        USP, Atwater

DA/jmv

ATTAchment 3(B)

U.S. Department of Justice

**Federal Bureau of Prisons**

_____

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

**VIA CERTIFIED MAIL**

DEC 1 3 2021

Andrew Norvel
Reg No. 13503-042
United States Penitentiary
PO BOX 1002
Thomson, IL 61285

Re: Administrative Claim No. TRT-WXR-2021-07003

Dear Mr. Norvel,

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $500,000.00 in compensation for alleged personal injury as a result of events that occurred on after March 19, 2020 at the United States Penitentiary, Atwater, California.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

Dennis M. Wong
Regional Counsel

cc:    Warden
         USP Atwater

DMW/sc

*ATTAchment 3(S)*



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_____

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

**DEC 0 8 2021**

**VIA CERTIFIED MAIL**

Norvel Andrew
Register Number 13503-042
United States Penitentiary
PO Box 1002
Thomson, IL 61285

Re:    Administrative Claim No. TRT-WXR-2021-07031

Dear Mr. Andrew,

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $177,000.00 in compensation for alleged personal injury as a result of events on April 21, 2020.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

Dominic Ayotte
Deputy Regional Counsel/CLC Supervisor

cc:    Warden
       USP, Atwater

DA/jmv

*ATTACHMENT 3(D)*



**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

**NOV 2 4 2021**

**VIA CERTIFIED MAIL**

Norvel Andrew
Register Number 13503-042
United States Penitentiary
PO BOX 1002
Thomson, IL 61285

Re: Administrative Claim No. TRT-WXR-2021-07028

Dear Mr. Andrew,

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. You seek $200,000.00 in compensation for alleged personal injuries as a result of alleged medical negligence while in the custody of the Bureau of Prisons.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

Dominic Ayotte
Deputy Regional Counsel/CLC Supervisor

cc:     Warden
        USP, Atwater

DA/sc

*Exhibit A PM Edical Records* (handwritten)

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| | | | | | |
|---|---|---|---|---|---|
| Complex: | TOM--THOMSON ADMIN USP | Begin Date: | 03/18/2020 | End Date: | 04/25/2020 |
| Inmate: | ANDREW, NORVEL | Reg #: | 13503-042 | Quarter: | Z02-014LDS |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Acetaminophen/Codeine 300/30MG Tab UD
Take one tablet  by mouth twice daily ***crush/empty*** ***pill line***
**Rx#:** 60584-CP1      **Doctor:** Paltenghi, Richard (MAT) MD, CD
**Start:** 03/20/20      **Exp:** 03/23/20                    **Pharmacy Dispensings:** 0 TAB in 3 days

Calcium Polycarbophil 625 MG Tab
Take one tablet (625 MG) by mouth twice daily with 8 ounce glass of water **intake**
**Rx#:** 50719-CP1      **Doctor:** Paltenghi, Richard (MAT) MD, CD
**Start:** 02/24/20      **Exp:** 03/25/20                    **Pharmacy Dispensings:** 60 TAB in 30 days

Docusate Sodium 100 MG Cap
Take one capsule (100 MG) by mouth twice daily AS NEEDED **intake**
**Rx#:** 50720-CP1      **Doctor:** Paltenghi, Richard (MAT) MD, CD
**Start:** 02/24/20      **Exp:** 03/25/20                    **Pharmacy Dispensings:** 60 CAP in 30 days

Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth three times daily
**Rx#:** 92-CP1      **Doctor:** Giron, Leonardo MD
**Start:** 03/19/20      **Exp:** 03/26/20                    **Pharmacy Dispensings:** 21 TAB in 7 days

*Broken hand 3 orbital fracture 3 scab* (handwritten)

Latanoprost Ophth Soln 0.005% [2.5ml]
Instill one drop in both eyes every night at bedtime
**Rx#:** 52456-CP1      **Doctor:** Paltenghi, Richard (MAT) MD, CD
**Start:** 02/27/20      **Exp:** 08/25/20      **D/C:** 04/27/20      **Pharmacy Dispensings:** 5 ML in 180 days

raNITidine HCl 150 MG TAB
Take one tablet (150 MG) by mouth twice daily AS NEEDED **intake**
**Rx#:** 50725-CP1      **Doctor:** Paltenghi, Richard (MAT) MD, CD
**Start:** 02/24/20      **Exp:** 03/25/20                    **Pharmacy Dispensings:** 60 TAB in 30 days

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ANDREW, NORVEL | | Reg #: | 13503-042 |
| Date of Birth: 04/12/1978 | Sex: M Race: BLACK | Facility: | ATW |
| Encounter Date: 03/19/2020 09:52 | Provider: Giron, Leonardo MD | Unit: | F64 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

INJURY  1       **Provider:**  Giron, Leonardo MD

**Date of Injury:**     03/19/2020 09:20      **Date Reported for Treatment:**      03/19/2020 09:25

**Work Related:**     No         **Work Assignment:**     COMPOUND 1

**Pain Location:**

**Pain Scale:**    0

**Pain Qualities:**

**Where Did Injury Happen (Be specific as to location):**

6A

**Cause of Injury (Inmate's Statement of how injury occurred):**

He hit me hard, I think my left hand is broken, I need an XRay.

**Symptoms (as reported by inmate):**

Bleeding above the left eyebrow
Swelling of the left hand

**OBJECTIVE:**

**Exam Comments**

Irregular, jagged laceration along the supero-lateral area of the left eyebrow measuring ,@ 1 x 0.5 inch.
Left hand - Swelling along the dorso-lateral aspect of the left hand

**ASSESSMENT:**

Other disorder of the skin and subcutaneous tissue, L988 - Current - *Laceration*

Pain in unspecified hand, M79643 - Current - *Left hand to R/O Fracture.*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 03/19/2020 09:52 |

**Prescriber Order:**     800 mg Orally  -  three times a day x 7 day(s)

**Indication:** Pain in unspecified hand

**Start Now:** Yes

**Night Stock Rx#:** 92-cp1

**Source:** Night Stock

**Admin Method:** Self Administration

**Stop Date:** 03/26/2020 09:51

**MAR Label:** day(s)

**One Time Dose Given:** No

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|

| Inmate Name: ANDREW, NORVEL | | Reg #: 13503-042 |
|---|---|---|
| Date of Birth: 04/12/1978 | Sex: M  Race: BLACK | Facility: ATW |
| Encounter Date: 03/19/2020 09:52 | Provider: Giron, Leonardo MD | Unit: F64 |

General Radiology-Hand-2 View PA/Obl [Left]    One Time                03/19/2020           Today

**Specific reason(s) for request (Complaints and findings):**

To R/O Fracture

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/19/2020 | Counseling | Diagnosis | Giron, Leonardo | Verbalizes Understanding |
| 03/19/2020 | Counseling | Plan of Care | Giron, Leonardo | Verbalizes Understanding |
| 03/19/2020 | Counseling | Plan of Care | Giron, Leonardo | Verbalizes Understanding |

Sterile Strips applied to laceration (3)

**Copay Required:** No            **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Giron, Leonardo MD on 03/19/2020 10:04



## statrad®
### Leading Teleradiology

## USP Atwater ATW

Patient:        ANDREW, NORVELL (Male)              DOB:        04/12/78
Register#:      13503-042                            Age:        41
Date:           03/19/20 11:22                       Status:     OP
Slicecount:     3
History:        To R/O fracture.
Priors:
Exams:          FILM LEFT HAND
Referring Phy:
Ordering Phy:   Dr. R. Paltenghi
Ordering Phy #: 209-386-4790
Accession Numbers: 202#BOP00167276

---

### Final Report

**Exam:** FILM LEFT HAND

**HISTORY:** Rule out fracture.

**TECHNIQUE:** 3 views obtained

**COMPARISON:** No prior imaging available

**FINDINGS:** There is a spiral type minimally displaced fracture at the shaft of the left fifth metacarpal. There is overlying soft tissue swelling. There is no other fracture or joint space malalignment.. Bone mineralization is normal for age.

**IMPRESSION:**
Spiral type minimally displaced fracture at the shaft of the left fifth metacarpal bone.

Radiologist:              Maurice Yu, MD

Study ready at 11:22 and initial results transmitted at 11:32

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ANDREW, NORVEL | | | | Reg #: | 13503-042 |
| Date of Birth: | 04/12/1978 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 03/19/2020 16:07 EST | | | | Facility: | ATW |

**Reviewed with New Encounter Note by Paltenghi, Richard MD, CD on 03/20/2020 10:08.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ANDREW, NORVEL | | Reg #: | 13503-042 |
| Date of Birth: 04/12/1978 | Sex: . M   Race: BLACK | Facility: | ATW |
| Encounter Date: 03/19/2020 17:09 | Provider: Paltenghi, Richard MD, | Unit: | Z01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1     **Provider:** Paltenghi, Richard MD, CD

**Chief Complaint:** Bleeding
**Subjective:** 41 year old male brought to Health Services for bleeding from left lateral temple wound incurred earlier today.
**Pain:** No

**OBJECTIVE:**

Exam Comments

On examination, 3 steri-strips in place at lateral left eye and forehead.  No active bleeding present.  Inmate states "the bleeding just stopped".   Linear scratch below the head wound cleaned with H2O2 as well as clot at the angle of the left mandible.  Bacitracin ointment applied to steri-strip wound as well as the inferior scratch and the mandibular angle wound.  Hemostasis achieved.  Patient given additional bacitracin ointment packets and told to leave the steri-strips in place and sleep on his right side.  Patient understands and agrees.

**ASSESSMENT:**

Fracture of metacarpal bone, S62309A - Current - *Left fifth MC shaft fracture*

Head, Open wound, S0190XS - Current - *Left lateral eye / forehead wound*

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/19/2020 | Counseling | Plan of Care | Paltenghi, Richard | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Paltenghi, Richard MD, CD on 03/19/2020 17:18

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ANDREW, NORVEL | | | Reg #: | 13503-042 |
| Date of Birth: | 04/12/1978 | Sex: M Race: BLACK | | Facility: | ATW |
| Note Date: | 03/19/2020 10:05 | Provider: Stater, Laura RT | | Unit: | Z01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**    **Provider:** Stater, Laura RT
X-ray of left hand completed today to R/O fracture.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Stater, Laura RT on 03/19/2020 12:29

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ANDREW, NORVEL | | | Reg #: | 13503-042 |
| Date of Birth: | 04/12/1978 | Sex: | M   Race: BLACK | Facility: | ATW |
| Note Date: | 03/20/2020 10:08 | Provider: | Paltenghi, Richard MD, | Unit: | Z01 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**         **Provider:** Paltenghi, Richard MD, CD

41 year old male with left 5th MC fracture sustained in altercation.  Needs splinting and ortho consult.

FINDINGS: There is a spiral type minimally displaced fracture at the shaft of the left fifth metacarpal. There is overlying soft tissue swelling. There is no other fracture or joint space malalignment.. Bone mineralization is normal for age.

IMPRESSION:
Spiral type minimally displaced fracture at the shaft of the left fifth metacarpal bone.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 04/19/2020 | 04/19/2020 | Routine | No | |

Subtype:
Offsite Appt, other non-surgical          *NEVER WENT*
                                          *3 YRS LATER*
Reason for Request:

41 year old male with x-ray findings of:
FINDINGS: There is a spiral type minimally displaced fracture at the shaft of the left fifth metacarpal. There is overlying soft tissue swelling. There is no other fracture or joint space malalignment.. Bone mineralization is normal for age.

IMPRESSION:
Spiral type minimally displaced fracture at the shaft of the left fifth metacarpal bone.
**Provisional Diagnosis:**

Left 5th metacarpal shaft fracture.
**Devices and Equipment Issued:**

| Device/Equipment | Start Date | Stop Date | Obtained From |
|---|---|---|---|
| Splint | 03/20/2020 | | BOP |

Left 5th metacarpal fracture - for splint immobilization

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Paltenghi, Richard MD, CD on 03/20/2020 10:13

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ANDREW, NORVEL | | Reg #: 13503-042 |
| Date of Birth: 04/12/1978 | Sex: M   Race: BLACK | Facility: ATW |
| Encounter Date: 03/20/2020 16:08 | Provider: Paltenghi, Richard MD, | Unit: M01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Paltenghi, Richard MD, CD

**Chief Complaint:** Trauma/Injury

**Subjective:** 41 year old male with stab wound to the left cheek at the mandibular angle brought to health services.  Inmate states that he expressed pieces of blue colored Reeves pencil out of his cheek.  For evaluation and possible foreign body removal.  Also needs splint for left 5th MC fracture.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 03/20/2020 16:10 |
| **Location:** | Hand-Left |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 9 |
| **Intervention:** | Ibuprofen |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-2 Days |
| **Exacerbating Factors:** | left hand movement |
| **Relieving Factors:** | Medication |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Exam:**

**Face**

**General**

Yes: Trauma

No: Swelling

**Exam Comments**

Left cheek with puncture wound and turquoise blue stained tissue inside wound.  No [pencil fragments expressed, but blue staining on Q-tip probe.  Wound cleaned repeatedly with Q-tip in H2O2 and then packed with iodoform followed by sterile bandage.  Wound will repacked in 48 hours.  Hand splint given to shackled inmate for application back in SHU.

**ASSESSMENT:**

Fracture of metacarpal bone, S62309A - Current

Head, Open wound, S0190XS - Current

| | | | |
|---|---|---|---|
| Inmate Name: ANDREW, NORVEL | | | Reg #: 13503-042 |
| Date of Birth: 04/12/1978 | Sex: M | Race: BLACK | Facility: ATW |
| Encounter Date: 03/20/2020 16:08 | Provider: Paltenghi, Richard MD, | | Unit: M01 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 03/20/2020 16:08 |

> **Prescriber Order:** 300 / 30 mg one tablet Orally - Two Times a Day x 3 day(s) Pill Line Only
>
> **Indication:** Head, Open wound, Fracture of metacarpal bone
>
> **Start Now:** Yes
>
> > **Night Stock Rx#:**
> >
> > **Source:** Omnicell
> >
> > **Admin Method:** Pill Line
> >
> > **Stop Date:** 03/23/2020 16:07
> >
> > **MAR Label:** 300 / 30 mg one tablet Orally - Two Times a Day x 3 day(s) Pill Line Only
> >
> > **One Time Dose Given:** No

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/20/2020 | Counseling | New Medication | Paltenghi, Richard | Verbalizes Understanding |
| 03/20/2020 | Counseling | Plan of Care | Paltenghi, Richard | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Paltenghi, Richard MD, CD on 03/20/2020 16:17

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: ANDREW, NORVEL | | Reg #: 13503-042 |
| Date of Birth: 04/12/1978 | Sex: M  Race: BLACK | Facility: ATW |
| Encounter Date: 03/21/2020 13:50 | Provider: Spears, Steven | Unit: Z01 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

INJURY 1     Provider:  Spears, Steven RN/IDC/IOP

Date of Injury:   03/21/2020 13:15      Date Reported for Treatment:    03/21/2020 13:50

Work Related:   No        Work Assignment:   COMPOUND 1

Pain Location:

Pain Scale:   0

Pain Qualities:

Where Did Injury Happen (Be specific as to location):

SHU cell

Cause of Injury (Inmate's Statement of how injury occurred):

Inmate made no comments on his current condition

Symptoms (as reported by inmate):

Inmate denies any new pain/injuries.

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/21/2020 | 13:52 | 72 | | | Spears, Steven RN/IDC/IOP |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/21/2020 | 13:52 ATW | 144/84 | | | | Spears, Steven RN/IDC/IOP |

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate was seen following an immediate use of force. Inmate presents with two previously documented lacerations on the left side of his face. Inmate presents with no new areas of broken skin, bruising, contusions, or erythema.

**PLAN:**

Disposition:

Follow-up at Sick Call as Needed

Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/21/2020 | Counseling | Access to Care | Spears, Steven | Verbalizes Understanding |

Copay Required: No        Cosign Required:  Yes

Telephone/Verbal Order:  No

Completed by Spears, Steven RN/IDC/IOP on 03/21/2020 13:56

| | | | |
|---|---|---|---|
| Inmate Name: ANDREW, NORVEL | | Reg #: 13503-042 |
| Date of Birth: 04/12/1978 | Sex: M Race: BLACK | Facility: ATW |
| Encounter Date: 03/21/2020 13:50 | Provider: Spears, Steven | Unit: Z01 |

Requested to be cosigned by Paltenghi, Richard MD, CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ANDREW, NORVEL | | | Reg #: | 13503-042 |
| Date of Birth: | 04/12/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/21/2020 13:50 | Provider: | Spears, Steven | Facility: | ATW |

**Cosigned by Paltenghi, Richard MD, CD on 03/23/2020 08:33.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ANDREW, NORVEL | | Reg #: 13503-042 |
| Date of Birth: 04/12/1978 | Sex: M   Race: BLACK | Facility: ATW |
| Encounter Date: 03/22/2020 06:10 | Provider: Spears, Steven | Unit: Z01 |

Nursing - Wound Care encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Spears, Steven RN/IDC/IOP

**Chief Complaint:** No Complaint(s)

**Subjective:** Inmate seen for routine wound care.

**Pain:** Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Wound Care

Inmate was seen for routine wound care. Packing material and covering we noted to be missing. Site cleansed with NS prepped with TAO, and covered with a dry sterile bandage. Site was noted to have scabbed and was unable to be packed with iodoform.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/23/2020 | Counseling | Access to Care | Spears, Steven | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Spears, Steven RN/IDC/IOP on 03/23/2020 06:23

Requested to be cosigned by Paltenghi, Richard MD, CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ANDREW, NORVEL | | | Reg #: | 13503-042 |
| Date of Birth: | 04/12/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/22/2020 06:10 | Provider: | Spears, Steven | Facility: | ATW |

**Cosigned by Paltenghi, Richard MD, CD on 03/23/2020 08:31.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: ANDREW, NORVEL | | | | Reg #: 13503-042 |
| Date of Birth: 04/12/1978 | | Sex: M Race: BLACK | | Facility: ATW |
| Encounter Date: 04/21/2020 23:12 | | Provider: Plasencia, Alejandro EMT | | Unit: Z07 |

Injury Assessment - Non-work related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **INJURY 1**    **Provider:** Plasencia, Alejandro EMT

        **Date of Injury:**    04/21/2020 21:30    **Date Reported for Treatment:**    04/21/2020 22:50

        **Work Related:**    No    **Work Assignment:**    SHU UNASSG

        **Pain Location:**

        **Pain Scale:**    Unavailable

        **Pain Qualities:**

        **Where Did Injury Happen (Be specific as to location):**

            Unit 1B cell.

        **Cause of Injury (Inmate's Statement of how injury occurred):**

            Use of force.

        **Symptoms (as reported by inmate):**

            None.

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/21/2020 | 23:13 | 71 | | | Plasencia, Alejandro EMT |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/21/2020 | 23:13 ATW | 16 | Plasencia, Alejandro EMT |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/21/2020 | 23:13 ATW | 123/96 | | | | Plasencia, Alejandro EMT |

**Exam:**

    **General**

        **Appearance**

            Yes: Appears Well

    **Skin**

        **General**

            Yes: Within Normal Limits

    **Head**

        **General**

            Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

    **Neck**

        **General**

            Yes: Within Normal Limits

| | | | | |
|---|---|---|---|---|
| Inmate Name: ANDREW, NORVEL | | | | Reg #: 13503-042 |
| Date of Birth: 04/12/1978 | | Sex: M Race: BLACK | | Facility: ATW |
| Encounter Date: 04/21/2020 23:12 | | Provider: Plasencia, Alejandro EMT | | Unit: Z07 |

**Exam:**

> **Pulmonary**
>> **Observation/Inspection**
>>> Yes: Within Normal Limits
>> **Auscultation**
>>> Yes: Clear to Auscultation
> **Abdomen**
>> **Inspection**
>>> Yes: Within Normal Limits
> **Musculoskeletal**
>> **Chest Wall**
>>> Yes: Normal Exam
>> **Back**
>>> Yes: Normal Exam

**Exam Comments**

Inmate was alert and oriented, GCS 15, no injuries to torso, lung sounds clear and equal bilaterally, +CSMx4 w/ no injuries to extremities.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate was assaulted w/ inmate sustaining no significant injuries. Inmate denied having any complaints or pain. Inmate was returned to cell w/ no use of restraints.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/21/2020 | Counseling | Access to Care | Plasencia, Alejandro | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Plasencia, Alejandro EMT on 04/21/2020 23:18

Requested to be cosigned by Paltenghi, Richard MD, CD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ANDREW, NORVEL | | | Reg #: | 13503-042 |
| Date of Birth: | 04/12/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/21/2020 23:12 | Provider: | Plasencia, Alejandro | Facility: | ATW |

**Cosigned by Paltenghi, Richard MD, CD on 04/22/2020 09:49.**