UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL ANDREW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-05624 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a federal inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff claims he was injured at the United States Penitentiary, Atwater, where he was assaulted.  The events of which Plaintiff complains occurred in Merced County.  Merced County is located within the Eastern District of California.  S*ee* 28 U.S.C. § 84(b).  Venue therefore is proper in the Eastern District of California, and not in this one.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: October 6, 2022

　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 22-cv-05624 NC (PR)
ORDER OF TRANSFER