UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL ANDREW,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants. | Case No. 1:22-cv-01290-CDB (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Norvell Andrew is a federal prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Prior to the transfer of this case to this district, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2.) However, the application does not satisfy the requirements of 28 U.S.C. § 1915. In order to proceed with this action, Plaintiff must pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's motion for leave to proceed *in forma pauperis*, (ECF No. 2), is DENIED without prejudice;

2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.

3. The Clerk of Court is DIRECTED to attach to this order a form application to proceed *in forma pauperis*.

**No request for an extension of time will be granted without a showing of good cause**. **Failure to comply with this order may result a recommendation for the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 14, 2022**                              _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

2