UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL ANDREW,<br><br>             Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>             Defendants. | Case No. 1:22-cv-01290-ADA-CDB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Norvell Andrew is a federal prisoner proceeding *pro se* in this civil rights action filed under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).[1] On September 29, 2022, Plaintiff filed the complaint and an application to proceed *in forma pauperis* ("IFP") in the Northern District of California. (Docs. 1, 2.) On the same day, the Clerk of Court for the Northern District sent a notice to Plaintiff advising that his IFP application was insufficient because it was not submitted on the proper form. (Doc. 3.) The notice stated that Plaintiff was required to pay the $402.00 filing fee or submit a completed IFP application within twenty-eight days. (*Id.*)

Upon the transfer of this case to the Eastern District of California, this Court entered an order denying Plaintiff's IFP application without prejudice on October 14, 2022. (Doc. 8.) The

---

[1] Plaintiff also attempts to bring the action under 42 U.S.C. § 1983.

Court ordered Plaintiff to pay the $402.00 filing fee or submit an IFP application that complies with 28 U.S.C. § 1915 within forty-five days, or by November 28, 2022. (*Id.*) The Court did not receive an IFP application, payment of the filing fee, or other response to the order from the Plaintiff.

On December 9, 2022, this Court issued findings and recommendations to dismiss this case without prejudice for failure to comply with the Court's order of October 14, 2022, and failure to prosecute. (Doc. 10.) The Court advised Plaintiff that he could file objections within fourteen days. (*Id.*)

Instead of filing timely objections, Plaintiff filed motions to "alter or amend [the Court's] decision to dismiss his case" (Docs. 11, 13)[2] and a motion for a preliminary injunction (Doc. 12). The Court is without jurisdiction to entertain these motions until Plaintiff pays the filing fee or is granted permission to proceed IFP. Nevertheless, in deference to Plaintiff's *pro se* status, the Court has conducted a preliminary review of the motions.

In his motions to alter or amend, Plaintiff asserts that he submitted a completed IFP application to Counselor Guevara on November 17, 2022. (Docs. 11, 13.) By his motion for a preliminary injunction, Plaintiff again asserts that he delivered his IFP application to Counselor Guevara for mailing. (Doc. 12 at 2.) Plaintiff proposes new procedures for handling, documenting, and picking up and delivering correspondence and court documents, and he requests the Court to "force" Defendants to follow these proposed procedures. (Doc. 12.)

Notwithstanding Plaintiff's submission of an IFP for filing as previously ordered, Plaintiff has not resubmitted a renewed IFP application for the Court's consideration and approval. Until Plaintiff has filed a completed IFP application or paid the filing fee in full, this case may not proceed.

Accordingly, it is HEREBY ORDERED:

Within **fourteen (14) days** from the date of service of this order, Plaintiff **shall** submit a completed and signed *in forma pauperis* application and a certified copy of his inmate trust

---

[2] These motions are virtually identical.

account statement for six-month period immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2).  Alternatively, Plaintiff may pay the $402.00 filing fee in full. **The failure to do so may result in the dismissal of this case, without further notice, for failure to comply with a court order and failure to prosecute.  No request for an extension of time will be granted without a showing of good cause.**

The Clerk of Court is directed to attach to this order a form application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **January 5, 2023**

UNITED STATES MAGISTRATE JUDGE

3