1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   NORVELL ANDREW,                          Case No. 1:22-cv-01290-ADA-CDB (PC)

12              Plaintiff,                     ORDER VACATING FINDINGS AND
                                               RECOMMENDATIONS TO DISMISS THIS
13        v.                                   CASE  (Doc. 10)

14   UNITED STATES OF AMERICA, *et al.*,       ORDER GRANTING PLAINTIFF'S
                                               APPLICATION TO PROCEED IN FORMA
15              Defendants.                    PAUPERIS  (Doc. 15)

16

17                                             ORDER DENYING AS MOOT PLAINTIFF'S
                                               MOTION TO ALTER OR AMEND  (Docs.
18                                             11, 13)

19

20        Plaintiff Norvell Andrew is a federal prisoner proceeding *pro se* in this civil rights action

21   mis-filed under both *Bivens*[1] and 42 U.S.C. § 1983.  On December 9, 2022, this Court issued

22   findings and recommendations to dismiss this case for Plaintiff's failure to submit an application

23   to proceed *in forma pauperis* ("IFP") or pay the filing fee as ordered by the Court on October 14,

24   2022.  (Docs. 10, 8.)

25        Instead of complying, Plaintiff filed a motion requesting the Court "to alter or amend its

26   decision to dismiss his case" and a handwritten copy of the motion.  (Docs. 11, 13.)  By this

27   motion, Plaintiff also requests the Court to subpoena video records and sign-in logs of incoming

28
         _____
         [1]*Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

1  and outgoing staff at the Special Housing Unit.  (*Id.* at 1.)  Plaintiff indicates this would prove he

2  gave his IFP motion in a timely manner to Counselor Guevara for filing.  (*Id.* at 1–2.)

3      On January 18, 2022, Plaintiff filed an application to proceed IFP dated October 11,

4  2022.  (Doc. 15.)  Plaintiff has made the showing required by subsection 1915(a) and will be

5  allowed to proceed IFP.

6      Accordingly, it is hereby ORDERED:

7      1.      The findings and recommendations issued on December 9, 2022, (Doc. 10), are

8  VACATED;

9      2.      Plaintiff's motion to proceed *in forma pauperis*, (Doc. 15), is GRANTED; and

10      3.      Plaintiff's motions to alter or amend, (Docs. 11, 13), are DENIED AS MOOT.

11      Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action and to make

12  monthly payments in the amount of twenty percent (20%) of the preceding month's income

13  credited to Plaintiff's trust account.  28 U.S.C. § 1915(b)(1).  The Warden of U.S. Penitentiary

14  Coleman II is required to send to the Clerk of the Court payments from Plaintiff's account each

15  time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 §

16  U.S.C. 1915(b)(2).

17      Accordingly, it is further ORDERED:

18      1.      **The Warden of U.S. Penitentiary Coleman II or his designee shall collect**

19  **payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%)**

20  **of the preceding month's income credited to the prisoner's trust account and shall forward**

21  **those payments to the Clerk of Court each time the amount in the account exceeds $10.00,**

22  **in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and**

23  **forwarded to the Clerk of Court.  The payments shall be clearly identified by the name and**

24  **number assigned to this action.**

25      2.      The Clerk of Court is directed to serve a copy of this order and a copy of

26  Plaintiff's *in forma pauperis* application on the Warden of U.S. Penitentiary Coleman II, P.O.

27  Box 1024, Coleman, FL  33521.

28  ///

2

1       3.    The Clerk of Court is directed to serve a copy of this order on the Financial

2   Department, U.S. District Court, Eastern District of California, Sacramento Division.

3   IT IS SO ORDERED.

4      Dated:   **January 20, 2023**                   

5                                             UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28