UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL ANDREW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-01290-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF Nos. 12, 20) |

Plaintiff Norvell Andrew is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court deny Plaintiff's motion for a preliminary injunction. (ECF No. 20). The findings and recommendations contained notice that Plaintiff that had fourteen days within which to file objections. That deadline has passed, and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

Accordingly,

1. The findings and recommendations issued on July 20, 2023, (ECF No. 20), are adopted in full; and

2. Plaintiff's motion for a preliminary injunction, (ECF No. 12), is denied.

IT IS SO ORDERED.

Dated: October 25, 2023

UNITED STATES DISTRICT JUDGE