UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL ANDREW,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | Case No.: 1:22-cv-01290-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Docs. 25, 28, 30, 33, 36, 40, 42 |

Plaintiff Norvell Andrew is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action. Docs. 16, 45. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Pending before the Court are four motions for temporary restraining orders and preliminary injunctions filed by plaintiff. Docs. 25, 30, 33, 40. The assigned magistrate judge issued findings and recommendations to deny each of plaintiff's motions. Docs. 28, 36, 42. Specifically, each of plaintiff's motions requests injunctive relief against individuals for events unrelated to plaintiff's complaint and in locations outside of this Court's jurisdiction. *See generally* Docs. 25, 30, 33, 40. No objections were filed as to any of the findings and recommendations and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of

this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on March 26, 2024 (Doc. 28), May 29, 2024 (Doc. 36), and July 8, 2024 (Doc. 42), are ADOPTED in full;
2. Plaintiff's motions for a temporary restraining order and preliminary injunction, Docs. 25, 30, 33, 40, are DENIED; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    February 14, 2025

UNITED STATES DISTRICT JUDGE

2