# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL ANDREW,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | Case No.: 1:22-cv-01290 KES CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S REQUEST FOR AN INK PEN TO DRAFT LEGAL DOCUMENTS<br><br>Docs. 60, 62 |

Norvell Andrew is a federal prisoner proceeding pro se in this civil rights action and requests an order directing prison officials to provide an ink pen to draft legal documents. Doc. 62. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2026, the assigned magistrate judge issued findings and recommendations to deny plaintiff's request for an ink pen to draft legal documents. Doc. 62. The findings and recommendations were served on Andrew and contained notice that any objections were due within 14 days of service. *Id*. at 3-4. The Court also advised the failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 4 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Andrew did not file any objections, and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and

recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.   The findings and recommendations issued March 5, 2026 (Doc. 62) are **ADOPTED** in full.

2.   Plaintiff's request for an ink pen to draft legal documents (Doc. 60) is **DENIED**.

IT IS SO ORDERED.

Dated:   April 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2