UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL ANDREW,<br><br>                 Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                 Defendants. | Case No.: 1:22-cv-01290-KES-CDB (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO RETURN SERVICE DOCUMENTS**<br><br>21-Day Response Deadline |

Plaintiff Norvell Andrew is a federal prisoner proceeding pro se and *in forma pauperis* in this civil rights case. The action proceeds on Plaintiff's *Bivens*[1] claims against Defendants Palentghi, Spheres, and Placencia. (*See* Doc. 49.)

## I.    RELEVANT BACKGROUND

On January 22, 2026, following screening of the operative third amended complaint, the Court issued its Order Finding Service of Third Amended Complaint Appropriate and Forwarding Service Documents to Plaintiff for Completion and Return Within Thirty Days. (Doc. 59.) Specifically, the Court found service was appropriate for Defendant Palentghi, Spheres, and Placencia and directed Plaintiff to complete and return the provided service documents within 30 days. (*Id*.)

---

[1] *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

On March 5, 2026, the Court granted Plaintiff's request for an extension of time within which to complete and return the service documents, directing Plaintiff to return the service documents within 30 days of the date of service of the order. (Doc. 62.)

On April 13, 2026, Plaintiff filed a notice of change of address, indicating she had been transferred to the United States Penitentiary in Tucson, Arizona. (Doc. 64.)

On April 15, 2026, the Court issued its Order Directing Clerk of the Court to Re-Serve Service Documents and March 5, 2026, Order, and directing Plaintiff to complete and return the service documents no later than May 15, 2026. (Doc. 65.) Plaintiff was cautioned that a failure to comply with the Court's order could "result in a recommendation that this action be dismissed for failure to obey court orders and/or failure to prosecute." (*Id*. at 3.)

More than 30 days have passed, yet Plaintiff has failed to return the completed service documents.

**II.     DISCUSSION**

The Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets" and, in exercising that power, may impose sanctions, including dismissal of an action. *Thompson v. Housing Auth., City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's failure to prosecute an action, obey a court order, or comply with local rules. *See, e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with a court order to amend a complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130-31 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Here, Plaintiff has failed to comply with the Court's April 15, 2026, order concerning service of process. Despite the passage of more than 30 days, plus time for mailing, Plaintiff has failed return the completed service documents to the Court.

**III.   CONCLUSION AND ORDER**

Accordingly, the Court **ORDERS** Plaintiff to show cause in writing, **within 21 days** of the date of service of this order, why this action should not be dismissed for her failure to comply with the Court's order of April 15, 2026. Alternatively, within that same time, Plaintiff may return the completed service documents to the Court.

**Any failure by Plaintiff to comply with this Order to Show Cause (OSC) will result in a recommendation that this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **May 27, 2026**   _____

UNITED STATES MAGISTRATE JUDGE

3